IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVAN DOSS, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv111-ID |
| ) | (WO) |
| SCOTT MIDDLEBROOKS, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 25, 2006 (Doc. No. 37), said Recommendation is hereby adopted, approved and affirmed, and it is CONSIDERED and ORDERED that the instant 28 U.S.C. § 2241 petition for habeas relief be and the same is hereby DISMISSED as moot since a more favorable decision on the merits would not entitle the petitioner to any additional relief.

DONE this 18th day of September, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE